PER CURIAM.
The petition for writ of certiorari is denied. See Harley Hotels, Inc. v. Doe, 614 So.2d 1133 (Fla. 5th DCA), rev. denied, 626 So.2d 205 (Fla.1993). Accord Globe Newspaper Co. v. King, 643 So.2d 676 (Fla. 1st DCA 1994), rev. granted, 651 So.2d 1193 (Fla.1995). Contra Kraft General Foods, Inc. v. Rosenblum, 635 So.2d 106 (Fla. 4th DCA), rev. denied, 642 So.2d 1363 (Fla.1994); Commercial Carrier Corp. v. Rockhead, 639 So.2d 660 (Fla. 3d DCA 1994).
PETITION FOR CERTIORARI DENIED.
HARRIS, C.J., and COBB and GRIFFIN, JJ., concur.